# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00137-CR

**Eric Demond McGee, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT NO. 56385, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an emergency motion to abate this appeal. Appellant, in preparing for this appeal, discovered he was eligible for "shock" probation and was still within the statutory time to file such a motion with the trial court. *See* Tex. Code Crim. Proc. Ann. art. 42.12, §§ 6, 7 (West Supp. 2004-05). The trial court set a hearing on appellant's motion for July 18, 2005. However, the trial court concluded that it did not have jurisdiction to act on the motion due to the pendency of this appeal. Appellant has requested that we immediately abate this appeal so that the trial court can conduct a hearing before the statutory time limit expires on July 24, 2005. We grant the motion and abate the appeal, with instructions that the trial court is to conduct the hearing and

take any necessary action on appellant's motion for "shock"probation. Appellant should apprise us of the trial court's action no later than August 15, 2005.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   July 20, 2005

Do Not Publish